JOHN H. SLATER *vs.* JOHN H. FEHLBERG *et al.*

PROVIDENCE—JANUARY 7, 1903.

PRESENT : Stiness, C. J., Tillinghast and Rogers, JJ.

(1) *Pleading and Practice at Law.    Variance.    Trespass.    Case.*

Where the form of action set out in the writ is trespass on the case, while that set out in the declaration is trespass, the variance is fatal.

(2) *Statute of Jeofails.*

The statute relating to amendments is not sufficiently broad to enable the court to permit the form of action to be changed.

(3) *Variance.*

A variance between the form of action set out in the writ and declaration may be taken advantage of at any stage of the case, irrespective of the fact that the general issue and other pleas have been previously filed by defendant.

TRESPASS ON THE CASE.    Heard on petition of plaintiff for new trial, and petition denied.

(1)    TILLINGHAST, J.    There is a fatal variance between the writ and declaration in this case, and hence we are of opinion that the action must be dismissed.

The form of action set out in the writ is trespass on the case ; while that set out in the declaration is trespass.

(2)    Our statute relating to amendments is not sufficiently broad to enable the court to permit the form of action to be changed.

*Wilcox* v. *Sherman*, 2 R. I. 540 ; *Thayer* v. *Farrell*, 11 R. I.
305 ; *Barnes* v. *Mowry, ib.* 422 ; *Dowling* v. *Clarke*, 13 R. I.
650 ; *Vaill* v. *Town Council*, 18 R. I. 405 ; *Wilson* v. *Ry. Co.,
ib.* 598.   See also *Hobbs* v. *Ray, ib.* 84.

(3)     As a variance like the one in question may be taken advan-
tage of at any stage of the case, the mere fact that the gen-
eral issue and other pleas were filed by the defendants before
taking the objection is immaterial.     *Rathbun* v. *Ry. Co.,* 19
R. I. 463.

The case is remanded to the Common Pleas Division, with
direction to dismiss it.

*Leon L. Mott*, for plaintiff.

*Francis Colwell, Albert A. Baker,* and *Frank T. Easton,*
for defendant Parker.

*Frederick Rueckert*, for defendant Fehlberg.